632

No. 295. SCHRAMM *v.* BRADY, WARDEN. October 12, 1942. Motion for leave to proceed *in forma pauperis* granted. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Charles E. Schramm, pro se.*

No. 298. SHOTKIN ET UX. *v.* BOARD OF PENSIONS OF THE PRESBYTERIAN CHURCH OF THE UNITED STATES. October 12, 1942. Motion for leave to proceed *in forma pauperis* granted. Petition for writ of certiorari to the Supreme Court of Pennsylvania denied. *Bernard M. Shotkin, pro se.*

No. 307. PICKING ET AL. *v.* STATE OF NEW YORK. October 12, 1942. Motion for leave to proceed *in forma pauperis* granted. Petition for writ of certiorari to the Court of Appeals of New York denied. *Ida M. Picking, pro se.*

No. 313. ADAMS ET AL. *v.* UNITED STATES. October 12, 1942. Motion for leave to proceed *in forma pauperis* granted. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. James F. Kemp* for petitioners. *Solicitor General Fahy, Assistant Attorney General Berge,* and *Mr. Oscar A. Provost* for the United States.

No. 316. BROWN *v.* CAPITAL TRANSIT Co. October 12, 1942. Motion for leave to proceed *in forma pauperis* granted. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied. *Mr. Isadore H. Halpern* for petitioner. *Messrs. S. R.*